IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

SAMPSON FERNANDEZ, JR.,

        Petitioner,        Civil No. 09-6071-TC

v.        ORDER

SHARON BLACKLETTER,

        Respondent.

AIKEN, District Judge.

Petitioner's Motion for Voluntary Dismissal of his petition for habeas corpus relief in the above captioned case is hereby allowed. The Clerk of the Court is directed to enter a judgment of dismissal with prejudice.

IT IS SO ORDERED

DATED this 17 day of February, 2010.

                                              /s/ Ann Aiken
                                              Ann Aiken
                                              United State District Judge

1 - ORDER